UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., et al., | ) ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No. 2:06 cv 331 |
| | ) | |
| LIANE WITVOET, | ) | |
| | ) | |
| Defendant | ) | |

REPORT AND RECOMMENDATION

On November 2, 2006, the defendant, Liane Witvoet, filed a pro se answer.  This matter was set for a preliminary pretrial conference on February 16, 2007.  The plaintiffs appeared by attorney Joel Tragesser.  The defendant failed to appear.  On February 20, 2007, the defendant was ordered to show cause why she failed to appear at the pretrial conference.  To date, no response was filed.  This matter was scheduled for another pre- trial conference on March 15, 2007.  Attorney Tragesser appeared by phone.  The defendant failed to appear.  Pursuant to Federal Rule of Civil Procedure 16(f), it is **RECOMMENDED** that the defen- dant's answer be **STRICKEN** and that a default be entered.

Pursuant to 28 U.S.C. §636(b)(1), the parties shall have ten (10) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court, with extra copies mailed to the Chambers of the Honorable Rudy Lozano, Judge of the United States District Court, Hammond Division, and the Chambers of United States Magistrate Judge Andrew P. Rodo- vich.  The failure to file a timely objection will result in the

waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. *Willis v. Caterpillar, Incorporated*, 199 F.3d 902, 904 (7th Cir. 1999); *Johnson v. Zema Systems Corporation*, 170 F.3d 734, 739 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corporation*, 882 F.2d 258, 260-61 (7th Cir. 1989); *United States v. Johnson*, 859 F.2d 1289, 1294 (7th Cir. 1988); *Lebovitz v. Miller*, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

ENTERED this 15th day of March, 2007

s/ ANDREW P. RODOVICH
United States Magistrate Judge

2