## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

```
ELEKTRA ENTERTAINMENT GROUP    )
INC., et al.,                  )
                               )
Plaintiffs,                    )
                               )
vs.                            )   NO. 2:06-cv-331
                               )
Liane Witvoet,                 )
                               )
Defendant.                     )
```

## ORDER

This matter is before the Court on Magistrate Judge Andrew P. Rodovich's Report and Recommendation, filed on March 15, 2007. Upon due consideration, the Court hereby **ADOPTS** the Report and Recommendation. Accordingly, the Clerk is **ORDERED** to **STRIKE** Defendant's answer and to **ENTER DEFAULT** against Defendant, Liane Witvoet, in favor of Plaintiffs, Elektra Entertainment Group Inc., Warner Bros. Records Inc., Capitol Records, Inc., UMG Recordings, Inc., Sony BMG Music Entertainment, Arista Records LLC, and BMG Music. Plaintiffs are **GRANTED LEAVE** to file a motion for default judgment setting forth the amount of damages suffered and relief sought, supported by documentary evidence or detailed affidavits.

Pro so Defendant, Liane Witvoet, failed to appear before Magistrate Judge Rodovich on February 16, 2007, for a preliminary

pretrial conference.  On February 20, 2007, Defendant was ordered to show cause why she failed to appear at the pretrial conference. To date, Defendant has filed no response.  Magistrate Judge Rodovich set this matter for another pretrial conference on March 15, 2007, but Defendant again failed to appear.  Magistrate Judge Rodovich recommended pursuant to Federal Rule of Civil Procedure 16(f), that Defendant's answer be stricken and that a default be entered.

More than 10 days have passed and no party has filed any objection to the Report and Recommendation.  *See Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection - within 10 days - will result in the waiver of the right to challenge a report and recommendation).  Therefore, this Court adopts Magistrate Judge Rodovich's Report and Recommendation.  The Court notes that after the Clerk of Court enters default, Plaintiffs may move for default judgment in accordance with Federal Rule of Civil Procedure 55, supporting the requested relief and/or damages with documentary evidence or detailed affidavits.

**DATED: April 10, 2007**                    **/s/ RUDY LOZANO, Judge**
                                              **United States District Court**